IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ERIC JOELNER, FISH, INC., d/b/a XXXTREME ENTERTAINMENT, FREE SPEECH, INC., and FIRST AMENDMENT, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL NO.  03-325-GPM |
| THE VILLAGE OF WASHINGTON PARK, ILLINOIS, | ) ) ) ) | |
| Defendant. | ) | |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came on for trial before the Court, Honorable G. Patrick Murphy, Chief Judge, presiding, and the issues having been duly tried and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** pursuant to Memorandum and Order filed on June 8, 2006:

    1.    The restriction on selling alcohol in Section 18 of Ordinance No. 01-63 is on its face unconstitutional.

    2.    The Village's denial of adult entertainment licenses to Plaintiffs is unconstitutional.

    3.    The licensing scheme itself is an unconstitutional suppression of protected First Amendment activities and not a content neutral, reasonable time, place, or manner regulation of secondary effects of speech activities.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Village shall immediately issue three adult entertainment license applications to Eric Joelner.  Upon receipt of the completed applications with the proper fees as set forth in Ordinance 01-63, the Village **SHALL** immediately issue the requested adult entertainment licenses.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Village **SHALL** allow Plaintiffs to conduct business at 2226-2244 Kingshighway, 2219-2221 Kingshighway, and 5900-6100 Bunkum Road in the same manner as all similarly situated businesses in the Village as of this date.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs are awarded attorney's fees pursuant to 42 U.S.C. § 1988 and costs.

**IT IS FURTHER ORDERED AND ADJUDGED** that this action is **DISMISSED on the merits**.

**DATED**:  06/08/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
      Deputy Clerk

APPROVED: s/ G. Patrick Murphy
                   G. PATRICK MURPHY
                   CHIEF U.S. DISTRICT JUDGE