UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC JOELNER,<br>FISH, INC., D/B/A XXXTREME ENTERTAINMENT,<br>FREE SPEECH, INC.,<br>FIRST AMENDMENT, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VILLAGE OF WASHINGTON PARK, ILLINOIS,<br><br>　　　　Defendant. | Case No. 03-cv-00325-JPG |

## **MEMORANDUM AND ORDER**

This case is before the Court on Plaintiffs Eric Joelner, Fish, Inc., d/b/a XXXTREME Entertainment, Free Speech, Inc., and First Amendment, Inc.'s Notice of Renewal of Judgment (Doc. 101). Plaintiffs ask this Court to enter an order renewing the amended judgment entered in this case on June 14, 2006. Accordingly, the Court construes the notice as a motion. The Court, being fully advised in the premises, hereby finds:

1. Plaintiffs' above-referenced cause of action against Defendant Village of Washington Park, Illinois, challenged the constitutionality of an ordinance that prospectively banned alcohol in strip clubs opened in the future, but permanently exempting existing clubs from the ban. This Court held in favor of Plaintiffs, as did the Seventh Circuit Court of Appeals. *See Joelner v. Village of Washington Park, Illinois*, 508 F.3d 427 (7th Cir. 2007), *as amended on denial of reh'g* (Apr. 3. 2008).

2. This Court entered a judgment on June 8, 2006, in favor of Plaintiffs and against Defendant. Plaintiffs were awarded injunctive relief and awarded attorney's fees pursuant to 42 U.S.C. § 1988 and costs (Doc. 64).

3. This Court entered an amended judgment on June 14, 2006, in favor of Plaintiffs and against Defendant. Plaintiffs were awarded injunctive relief and awarded attorney's fees pursuant to 42 U.S.C. § 1988 and costs (Doc. 67).

4. The amended judgment is scheduled to expire on June 14, 2026, which is twenty (20) years after the entry of the original amended judgment.

5. To maintain the validity and enforceability of the amended judgment, the Court finds that Plaintiffs' motion to renew the amended judgment for an additional period as permitted by law is just and proper.

For the foregoing reasons, the Court GRANTS Plaintiffs Eric Joelner, Fish, Inc., d/b/a XXXTREME Entertainment, Free Speech, Inc., and First Amendment, Inc.'s Notice of Renewal of Judgment (Doc. 101). It RENEWS the amended judgment entered on June 14, 2006.

**IT IS SO ORDERED.**
**DATED**:   **December 5, 2025**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **United States District Judge**